**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Cleveland ROBINSON, Defendant— Appellant.**

No. 08–7576.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 26, 2009.

Decided: March 5, 2009.

Cleveland Robinson, Appellant Pro Se. Marla Brooke Tusk, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cleveland Robinson appeals the district court's order granting a two—level reduction but denying his motion for further reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Robinson,* No. 1:91–cr–00161–2 (E.D. Va. July 14, 2008, entered July 15, 2008); *see United States v. Dunphy,* 551 F.3d 247 (4th Cir.2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*